Appeal Partial Payment
for filing fee   CA 02-07E

# UNITED STATES
# DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 00500433 - AM
July 12, 2005

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| APPEAL I 02-07e ca | | | 40.00 CH |

TOTAL→                    40.00

FROM: STEVEN HOFFENBERG