Appeal Payment 2

CA 02-7e

```
       UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

    # 00500460 - AM (cm
        July 29, 2005

  Code    Case #    Qty      Amount

  APPEAL I 02-07e             25.55 CH


  TOTAL →                     25.55


  FROM: U.S. TREASURY
        STEVEN HOFFENBERG
```