Appeal Partial Payment
CA 02-7 E

```
       UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       # 00500474 - AM
         August 8, 2005

   Code    Case #    Qty      Amount

   APPEAL I 02-7 E
                                30.00 CH

       TOTAL →
                                30.00


   FROM: US TREASURY
         AUSTIN, TEXAS
         STEVEN HOFFENBERG
         CA 02-7 E
```