```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        #  06000019 - SP
        October 11, 2005


    Code    Case #     Qty      Amount

                                32.16 CH
    APPEAL D 99-282ERIE
    APPEAL D 02-7ERIE  05-2354  17.55 CH
    APPEAL I 02-7ERIE           22.45 CH
                     04-1680

    TOTAL →                      72.16


    FROM: STEVEN HOFFENBERG
```

*Handwritten annotations:*

CA 02-7 E
appeal final
payment
(appeal case # 04-1680)
receipt # 06-19