*Handwritten annotations:*
CA 02-7 E appeal part pay receipt # 06-19

(appeal case # 05-2354)

```
          UNITED STATES
          DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

        # 06000019 - SP
        October 11, 2005


   Code    Case #    Qty       Amount

   APPEAL D 99-282ERIE          32.16 CH
   APPEAL D 02-7ERIE  05-2354   17.55 CH
   APPEAL I 02-7ERIE  04-1680   22.45 CH


   TOTAL →                      72.16



   FROM: STEVEN HOFFENBERG
```