```
          UNITED STATES
          DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

        #  06000085 - DM
        November 14, 2005

   Code    Case #    Qty     Amount

  (APPEAL  02-07 E            10.00 CH)
   APPEAL  99-280 E           10.00 CH

   TOTAL →              20.00


   FROM: STEVEN HOFFENBERG
```

CA 02-7 E
final payment/appeal
receipt # 06-85