UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-2354

STEVEN JUDE HOFFENBERG, Acting to benefit over
100,000 Restitution Victims Owners of Securities in Towers
Financial Corp., pursuant to court ordered restitution,

Appellant

v.

HAROLD PROVOST, LT.; BERNIE ELLIS; DURAN SHEETS; LOU MORELLO;
JOHN MINER; KARL BELFONTI, MR.; CINDY BILLISITS;
HENRY J. SADOWSKI; KIM WOODRING; CAMERON LINDSAY; ELLEN NICH;
ARISMAN, MS.; REOME, MR.; JAY KHAMM; ERIC RIPOLL, LT.;
REICH, CAPTAIN; DAVID RARDIN; CHRISTOPHER ERLEWINE;
KLAIBER, MR.; CLARK, MR.; FAIRBANKS, MS.; FULGER, MR.;
FLATT, MR.; BRIAN REYNOLDS; GEORGE HAYES; MAXWELL, MR.;
HARELL WATTS; ROY, MS.; BARRETT, MR.; STRADDE, MR.;
GREGORY, MR.; STEVEN HOUSLER; MAINES, MR.; DOORIAN, MR.;
GLORIA POPOUR; SOME SIXTY (60) JOHN DOE BOP STAFF DEFENDANTS

On Appeal From the United States District Court
For the Western District of Pennsylvania
(Civ. No. 02-00007-E)
District Judge: Honorable Sean J. McLaughlin

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B) or Summary Action

Under Third Circuit LAR 27.4 and I.O.P. 10.6
September 22, 2005

Before: ALITO, MCKEE and AMBRO, Circuit Judges

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court

for the Western District of Pennsylvania and was submitted for possible dismissal under 28 U.S.C. §1915(e)(2)(b) or summary action under Third Circuit LAR 27.4 and I.O.P. 10.6. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this court that the judgment of the District Court entered March 18, 2005, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*

Clerk

Dated: November 15, 2005

Certified as a true copy and Issued in lieu of a formal mandate on ___12/7/05___

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit