CA 02-7 ERIE

appeal part pay

receipt # 06-176

```
       UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

   # 06000176 - SP
   January 17, 2006

  Code   Case #   Qty    Amount

  APPEAL D 02-7ERIE      30.00 CR


  TOTAL ->             30.00


  FROM: U.S. TREASURY FOR STEVEN
        HOFFENBERG
```