CA 02-7E
appeal part pay

Receipt # 06-215

```
       UNITED STATES
       DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

        # 06000215 - DM
       February 10, 2006


   Code   Case #   Qty    Amount

  APPEAL 0 02-7 E          20.00 CH


  TOTAL ->                 20.00



  FROM: DEPT OF JUSTICE
        BUREAU OF PRISONS FOR
        SEVEN OFFENDERS
```