*appeal.par.pay*
*rcpt # 06-251*
*$25.00*
*CA 02-7 E*

```
          UNITED STATES
          DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

           # 06000251 - DM
            March 10, 2006

    Code    Case #     Qty      Amount

    APPEAL D 02-7 E                25.00 CH


         TOTAL→              25.00


    FROM: DEPARTMENT OF JUSTICE FOR
              STEVEN HOFFENBERG
```