```
    UNITED STATES
    DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
       ERIE Division

# 06000307 - DM
    April 11, 2006


Code    Case #    Qty    Amount

DISTOFF 02-7 E           40.00 CH


TOTAL ->                 40.00


FROM: BOP FCI: SCHUY HOFFENBERG
```

CA 02-7E
appeal part pay
receipt #06000307