```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

      # 06000406 - JD
        July 10, 2006


Code    Case #    Qty.    Amount

2NDAPPEA 02-7cv e           17.00 CH
FIRSTAPP 02-7cv e            7.45 CH


TOTAL→                      24.45



FROM: DEPT OF JUSTICE
      FOR STEVEN HOFFENBERG
```

- CA 02-7E
- appeal filing fee
- receipt # 06000406